This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ANITA JEAN RUDOLPH,**
**DECEASED, BY THE PERSONAL**
**REPRESENTATIVE OF THE**
**WRONGFUL DEATH ESTATE,**
**PAUL RUDOLPH,**

Plaintiff-Appellee,

**v.**                                                              **No. 33,188**

**WW HEALTHCARE, LLC;**
**HORACE WINCHESTER; and**
**JERRY WILLIAMSON,**

Defendants-Appellants,

**and**

**MANOR ESTATES INC., D/B/A**
**PRINCETON PLACE; PRINCE &**
**LUFFEY, LLC, D/B/A PARAMOUNT**
**HEALTHCARE CONSULTANTS;**
**and DANNY PRINCE,**

Defendants,

**and**

**WW HEALTHCARE, LLC;**
**HORACE WINCHESTER; and**
**JERRY WILLIAMSON,**

Third-Party Plaintiffs,

**v.**

**IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign insurance company, and VAN GILDER INSURANCE CORPORATION, a foreign insurance company,**

      Third-Party Defendants,

**and**

**IRONSHORE SPECIALTY INSURANCE COMPANY,**

      Counterclaimant and Fourth-Party Plaintiff,

**v.**

**WW HEALTHCARE, LLC; HORACE WINCHESTER; JERRY WILLIAMSON; AND MANOR ESTATES, INC.,**

      Counterdefendants and Fourth-Party Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Carl J. Butkus, District Judge**

Harvey Law Firm, LLC
Jennifer J. Foote
Dusti D. Harvey
Albuquerque, NM

for Appellee

Frank Alvarez

2

Dallas, Tx

Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Emil Kiehne
Spencer L. Edelman
Michelle A. Hernandez
Albuquerque, NM

for Appellants WW Healthcare, LLC
Jerry Williamson, Horace Winchester

## MEMORANDUM OPINION

**FRY, Judge.**

{1}     Summary reversal and remand was proposed for the reasons stated in the calendar notice.  No memorandum opposing summary reversal and remand has been filed, and the time for doing so has expired.  This case is remanded for further proceedings consistent with our calendar notice.

{2}     **IT IS SO ORDERED.**

 

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

 

**MICHAEL D. BUSTMANTE, Judge**

 

3

**TIMOTHY L. GARCIA, Judge**